RECEIVED
IN MONROE, LA
JUL 11 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| LOIS MARIE OWEN, ET AL. | * | CIVIL ACTION NO. 07-1565 |
| VERSUS | * | JUDGE JAMES |
| AVIS RENT-A-CAR SYSTEM LLC, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Mercury Insurance Company's motion, (Doc. #27), be GRANTED. In addition, it is ORDERED that Avis's motion, (Doc. #25), be DENIED AS MOOT.

IT IS FURTHER ORDERED that this case be, and it is hereby TRANSFERRED to the Western District of Arkansas, El Dorado Division.

THUS DONE AND SIGNED this 11 day of July, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION